1   HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
2   1478 Stone Point Drive, Suite 400
    Sacramento, California 95661
3   Telephone: (916) 622-1703
    Fax: (916) 443-5084
4   email:chrishaydn@sbcglobal.net

5   Attorney for Defendant
    Eileen Knight
6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,              )   NO.  CR S-12-0169 MCE
10                                         )
                      Plaintiff,           )   APPLICATION FOR TRANSPORTATION
11                                         )   ORDER; ORDER FOR TRANSPORTATION
          v.                               )
12                                         )   PURSUANT TO 18 U.S.C. 4285
    EILEEN KNIGHT,                         )
13                                         )
                                           )
14                    Defendant.           )
    _____
15

16  **Procedural History**

17        In this matter, defendant Eileen Knight is scheduled for a hearing on June 7th, 2012 at 9:00 a.m. for

18  an initial appearance before the Honorable Morrison C. England, Jr..  Ms. Knight initially appeared before

19  the United States District Court of the Central District of California on the same indictment that is before

20  this Court.  The case was transferred to the Eastern District of California, and Ms. Knight's attorney, Pedro

21  V. Castillo, DFPD, requested that the Magistrate Judge order that the United States Marshal's Office

22  provide Ms. Knight with non-custodial transportation to appear before this Court, and the Magistrate Judge

23  agreed.  However, a request for transportation back to Los Angeles, after the hearing before this Court on

24  June 7th, has not been established.   Ms. Knight is indigent.

25  **Application**

26        Application is hereby made for an Order for Transportation and subsistence for defendant Eileen

27  Knight to enable her to return to Los Angeles after her hearing in the above-referenced matter scheduled for

28  June 7th, 2012 at 9:00 a.m. before the Honorable Morrison C. England, Jr.

1     Ms. Knight has advised counsel that she is unable to afford travel and is requesting that

2   transportation be arranged for her one-way travel from Sacramento, California to Los Angeles on June 7,

3   2012.

4     Wherefore, in the interests of justice, the Court is requested to arrange for Ms. Knight's means of

5   noncustodial transportation or furnish the fare for such transportation from where her appearance is

6   required; and, in addition, to direct the United States Marshal to furnish Ms. Knight with an amount of

7   money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel

8   under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. Section 4285.

9   Dated: June 4, 2012                               Respectfully submitted,

10                                                    /s/ Christopher Haydn-Myer
                                                     CHRISTOPHER HAYDN-MYER
11                                                   Attorney for Eileen Knight

12                                      **ORDER**

13     TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.  GOOD CAUSE

14   APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

15     The United States Marshal for the Eastern District of California is authorized and directed to furnish

16   the above-named defendant, Eileen Knight, with one-way transportation from Sacramento, California to

17   Los Angeles, California on June 7, 2012, and subsistence not to exceed the amount authorized as a per

18   diem allowance for travel under Section 5702(a) of Title 5, United States Code.

19     Ms. Knight is indigent and financially unable to travel to Sacramento, California and return to Los

20   Angeles, California without transportation expenses.  This request is authorized pursuant to 18 U.S.C.

21   Section 4285.

22     **IT IS SO ORDERED.**

23   Dated: June 5, 2012

24

25                                      _____
                                       MORRISON C. ENGLAND, JR.
26                                     UNITED STATES DISTRICT JUDGE

27

28                                          2