```
 1  HAYDN-MYER LAW CORPORATION
    CHRISTOPHER HAYDN-MYER, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916)760-2767
 4  email:chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    EILEEN KNIGHT
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,     )   NO. 2:12-CR-00169 MCE
                                  )
10              Plaintiff,        )   ORDER AND STIPULATION BY THE
                                  )   PARTIES THAT PROBATION
11      v.                        )   INVESTIGATE DEFENDANT EILEEN
                                  )   KNIGHT'S CRIMINAL HISTORY TO
12  EILEEN KNIGHT,                )   DETERMINE IF SHE IS CLASSIFIED AS
                                  )   A CAREER OFFENDER
13                                )
                Defendant.        )
14                                )
    _____

15

16       Plaintiff, the United States of America, by its counsel, Assistant

17  United States Attorney Jason Hitt, and defendant Eileen Knight, by her

18  attorney Christopher Haydn-Myer, hereby jointly request and stipulate

19  that this Court may sign the Proposed Order, Ordering Probation to

20  investigate Ms. KNIGHT's criminal history to determine if she is

21  classified as a Career Offender.

22                                      BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY
23  Dated: November 27, 2012            Respectfully submitted,

24                                      /s/ Jason Hitt
                                        CHRISTOPHER HAYDN-MYER for
25                                      Assistant United States
                                        Attorney Jason Hitt
26
    ///
27  ///
    ///
28
```

Dated: November 27, 2012                    Respectfully submitted,
                                            /s/ Christopher Haydn-Myer
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Eileen Knight

**ORDER**

Based upon the agreements and stipulations between counsel in this case:

It is hereby ordered that the Probation Department investigate Ms. KNIGHT's criminal history to determine if she is classified as a Career Offender.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2