```
 1  LAW OFFICE OF CHRISTOPHER HAYDN-MYER
    CHRISTOPHER HAYDN-MYER, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916)760-2767
 4  email:chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    EILEEN KNIGHT
 6
                     IN THE UNITED STATES DISTRICT COURT
 7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,        ) NO. CR S-12-169 MCE
                                     )
10             Plaintiff,            ) [PROPOSED] ORDER AND STIPULATION
                                     ) BY THE PARTIES MODIFYING THE
11        v.                         ) FOLLOWING CONDITIONS OF PRETRIAL
                                     ) RELEASE
12  EILEEN KNIGHT,                   )
                                     )
13                                   )
                    Defendant.       )
14                                   )
    _____
15
```

16      Plaintiff, the United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, defendant Eileen Knight, by her

18 attorney, Christopher Haydn-Myer, hereby jointly request and stipulate

19 that this Court may sign the Proposed Order, ordering that Ms. Knight

20 abide by the following conditions of pretrial release.

21      The reason for the request is that on December 5, 2012, Ms. Knight

22 completed The Effort's 90 day residential substance abuse treatment

23 program and was permitted to return to her residence in Los Angeles

24 under the previously imposed conditions of release.  Ms. Knight's Pre-

25 Trial Release Officer reports that she has been in compliance for

26 approximately 90 days. Ms. Knight has requested that her electronic

27 monitoring device be removed as a condition of her release.  Pre-Trial

28 Services and the Assistant U.S. Attorney Jason Hitt do not oppose the

modification.

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| Dated: April 8, 2013 | Respectfully submitted,<br>/s/ Jason Hitt<br>CHRISTOPHER HAYDN-MYER for<br>Assistant United States<br>Attorney Jason Hitt |
| Dated: April 8, 2013 | Respectfully submitted,<br>/s/ Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Eileen Knight |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that condition number 11 of Ms. Eileen KNIGHT's pre-trial release is removed.

Dated: April 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2