HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
EILEEN KNIGHT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EILEEN KNIGHT,<br><br>          Defendant. | Case No.: Cr.S-12-0169-MCE<br><br>APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285<br><br>Hon.  Morrison C. England, Jr. |

**Procedural History**

     In this matter, defendant Eileen Knight ("Ms. Knight") is currently scheduled for a status conference on Thursday, September 4 at 9:00 a.m. before Chief United States District Judge Morrison C. England, Jr.

   Ms. Knight resides in Los Angeles, California, is indigent, and she is unable to afford transportation to Sacramento.

**Application**

     Application is hereby made for an Order for Transportation and subsistence for Ms. Knight to enable her to meet with counsel and attend her status conference on September 4, 2014.

- 1 -

Ms. Knight has advised counsel that she is unable to afford travel and subsistence.  As such, Ms. Knight is requesting an Order authorizing the following:

1. Ms. Knight is requesting an Order authorizing the arrangement of transportation for her one-way travel from Los Angeles, California to Sacramento, California the morning of September 3, 2014, so that she may confer with counsel, pursuant to 18 U.S.C. § 4285.

2. Ms. Knight is requesting an Order authorizing the arrangement of transportation for her one-way travel after her court appearance on September 4, 2014 from Sacramento, California to Los Angeles, California, pursuant to 18 U.S.C. § 4285.

Wherefore, in the interests of justice, the Court is requested to arrange for Ms. Knight's means of noncustodial transportation or furnish the fare for such transportation from Los Angeles, California to Sacramento, California; to direct the United States Marshal to furnish Ms. Knight with an amount of money for subsistence and travel under Section 5702(a) of Title 5, United States Code, and pursuant to 18 U.S.C. § 4285; and to furnish the fare for such transportation for Ms. Knight's return after completion of her status conference from Sacramento, California to Los Angeles, California.

///
///
///
///

Dated: August 26, 2014        Respectfully Submitted,
                              HAYDN-MYER LAW OFFICES

                              /s/ Christopher Haydn-Myer
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Defendant
                              Eileen Knight


## ORDER

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Eileen Knight, with one-way transportation from Los Angeles, California to Sacramento, California on the morning of September 3, 2014; not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code; and for Eileen Knight's one-way return from Sacramento, California to Los Angeles, California after her status conference on September 4, 2014.

Eileen Knight is indigent and financially unable to travel to Sacramento, California.  This request is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.


Dated:  September 2, 2014


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT