LAW OFFICES OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1050 Opportunity Drive, Suite 140
Roseville, California 95678
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
EILEEN KNIGHT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EILEEN KNIGHT,<br><br>　　　　Defendant. | Case No.: Cr.S-12-0169-MCE<br><br>ORDER FOR TRANSPORTATION AND SUBSISTENCE, PURSUANT TO 18 U.S.C. § 4285 |

**ORDER**

　　TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA.

　　GOOD CAUSE APPEARING, AND IN THE INTERESTS OF JUSTICE, IT IS ORDERED THAT:

　　The United States Marshal for the Eastern District of California is authorized and directed to furnish the above-named defendant, Eileen Knight, with one-way transportation from Los Angeles, California to Sacramento, California on the morning of October 15, 2014; not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of Title 5, United States Code; and for Eileen Knight's one-way return from

- 1 -

Sacramento, California to Los Angeles, California after her hearing on October 15, 2014.

Eileen Knight is indigent and financially unable to travel to Sacramento, California.  This request is authorized pursuant to 18 U.S.C. § 4285.

**IT IS SO ORDERED.**

Dated:   October 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE